IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CR-28-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOEL DEJUAN SWINDELL, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than November 14, 2022, the United States shall file a response to defendant's motions for return of personal property [D.E. 60, 61].

SO ORDERED. This 28 day of October, 2022.

JAMES C. DEVER III
United States District Judge