IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CR-28-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOEL DEJUAN SWINDELL, | ) | |
| | ) | |
| Defendant. | ) | |

Joel Dejaun Swindell ("Swindell" or "defendant") filed motions for return of his wallet, identification card, and social security card [D.E. 61, 63]. On November 1, 2022, the government responded and stated that Swindell's wallet, identification card, and social security card are in the possession of the Grifton Police Department. See [D.E. 63].

For the reasons stated in the government's response to defendant's motions [D.E. 61, 63], the court GRANTS defendant's motion for return of his wallet, identification card, and social security card. Defendant SHALL designate a family member to contact the Grifton Police Department to pick up defendant's personal property.

SO ORDERED. This _11_ day of December, 2022.

JAMES C. DEVER III
United States District Judge